NEW YORK TELEPHONE COMPANY, Appellant, v. MEEHAN PAVING AND CONSTRUCTION CO., INC., et al., Respondents.

EMPIRE CITY SUBWAY COMPANY, LIMITED, Appellant, v. MEEHAN PAVING AND CONSTRUCTION CO., INC., et al., Respondents.

HOLMES ELECTRIC PROTECTIVE COMPANY, Appellant, v. MEEHAN PAVING AND CONSTRUCTION CO., INC., et al., Respondents.

Submitted September 25, 1939; decided October 3, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 796.)

In the Matter of the Claim of JOSEPH DOTOLA, Respondent, against EDWARD T. HILL et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted September 25, 1939; decided October 3, 1939.

*Bernard F. Farley* for motion.

*John J. Bennett, Jr., Attorney-General (Isaac Frank* of counsel), opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the application was not made in time.